UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHELITA B. MARTIN                                    CIVIL ACTION

VERSUS                                               NO. 00-0045

COPELAND'S OF NEW ORLEANS, INC.                      SECTION SECT. A MAG. 4

ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

[✓] the motion is GRANTED; the party is entitled to proceed in forma pauperis.

[ ] the motion is MOOT; the party was previously granted pauper status.

[ ] the motion is DENIED; the party has sufficient funds to pay the filing fee.

[ ] the motion is DENIED as MOOT; the filing fee has already been paid.

[ ] the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

_____

_____

_____

New Orleans, Louisiana, this 10th day of January, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  JAN 12, 2000

Fee _____
Process _____
X Dkt_ _____
CtRmDep _____
Doc.No. 2