```
                FILED
           U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

           2000 FEB -3  A 8:40

           LORETTA G. WHYTE
                 CLERK
```

MINUTE ENTRY
ROBY, M.J.
February 2, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELITA B. MARTIN | CIVIL ACTION |
| VERSUS | NO:   00-0045 |
| COPELAND'S OF NEW ORLEANS, INC. | SECTION: "A" (4) |

The plaintiff has filed a **MOTION FOR APPOINTMENT OF COUNSEL.**

The plaintiff must certify in writing the steps he has taken to secure counsel within ten (10) days of this minute entry. **Included in the certification shall be the names and address of the counsel consulted by the plaintiff and the results of the consultation.**

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  FEB 0 3 2000