FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -6  A 9: 28

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
ROBY, M.J.
June 2, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELITA B. MARTIN | CIVIL ACTION |
| VERSUS | NO: 00-0045 |
| COPELAND'S OF NEW ORLEANS, INC. | SECTION: "A" (4) |

### CALL DOCKET

Service was made on the defendant listed below on the date indicated:

Copeland's of New Orleans            January 11, 2000

There is no record of either an answer or an appearance having been made by the defendant or the plaintiff having moved for the entry and/or confirmation of default. Accordingly,

**IT IS ORDERED** that the plaintiff in the above-captioned matter show cause **on or before June 21, 2000**, by written memorandum or motion, as is appropriate, why claims and demands against the said defendant should not be dismissed for the plaintiff's failure to prosecute under Fed. R. Civ. P. 41(b).

FAILURE TO COMPLY WITH THIS MINUTE ENTRY

SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN - 6 2000