

MINUTE ENTRY
ROBY, M.J.
June 30, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELITA B. MARTIN #72470900 | CIVIL ACTION |
| VERSUS | NO:  00-0045 |
| COPELAND'S OF NEW ORLEANS | SECTION: "A" (4) |

     Having been advised of the plaintiff's change of an address, the Court is directed to provide copies of Documents #6 and #7 to the plaintiff at the address currently in the record.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUL - 5 2000