MINUTE ENTRY
AUGUST 22, 2000
SCHWARTZ, J.

SHELITA B. MARTIN                                    CIVIL ACTION

VERSUS                                               NO. 00-0045

COPELAND'S OF NEW ORLEANS, INC.                      SECTION "A"

Before the Court is the Magistrate Judge's Report and Recommendation recommending dismissal of this action pursuant to FRCP Rule 4m on account of the plaintiff's failure to serve the defendant. However, most recently this Court received correspondence from plaintiff which is liberally construed as request for reissuance of summons. Such a construction of plaintiff's correspondence and the accompanying explanation that there was in fact a previous request made by the plaintiff, while she was incarcerated, to the Marshal to issue summons indeed moots this court's consideration of the report and recommendation of dismissal without prejudice on account of the failure to serve the defendant.

IT IS SO ORDERED and accordingly, plaintiff's correspondence dated August 10, 2000 is hereby CONSTRUED as a REQUEST FOR REISSUANCE OF SUMMONS.

DATE OF ENTRY
AUG 23 2000

