U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 21 2000
LORETTA G. WHYTE
CLERK

REFERENCE: C.A. 00-45 A(4) MARTIN V. COPELAND'S OF NEW ORLEANS, INC

To whom this may concern,
Enclose is the original form. Sorry I mailed the wrong copy.
How do I file notice of appeal. or is this what I'm doing.

Sincerely
Shelita Martin

FILED FOR FILING
AUG 21 2000
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

Fee Not paid
Process
X Dktd
X CtRmDep
Doc.No. 17