```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2000 SEP -6 AM 11: 59

                LORETTA G. WHYTE
                     CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELITA MARTIN | CIVIL ACTION |
| VERSUS | NO. 00-45 |
| COPELAND'S OF NEW ORLEANS, INC. | SECTION A(4) |

### ORDER

Considering the application and affidavit to proceed *in forma pauperis*,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed *in forma pauperis*.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☒ the motion is DENIED; the party is not entitled to proceed in *forma pauperis* for the listed reasons: __PLAINTIFF'S APPEAL IS__

__MOOT. This Court's minute entry order [rec.doc.no. 16] attached construed__

__plaintiff's objection as a request to reissue summons. The docket sheet__

__indicates that summons was re-issued to defendant Copeland's on 8/23/2000__

New Orleans, Louisiana, this __5th__ day of __September__, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP - 7 2000