UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHELITA B. MARTIN                **SEP 13 2000**                CIVIL ACTION

VERSUS                                                          NO. 00-45

COPELAND'S OF NEW ORLEANS, INC.                                SECTION "A"(4)


<u>ORDER OF REFERENCE TO U.S. MAGISTRATE</u>

　　　　　IT IS ORDERED that, in accordance with Rule 19E of the Rules of this Court, this cause be referred to a United States Magistrate for the Eastern District of Louisiana, for the purpose(s) designated below:

1. _____    NON-DISPOSITIVE MOTION or other pre-trial matter be referred for Hearing and Determination pursuant to 28 U.S.C. 636(b)(1)(A):_____
_____

2. _____    MOTION as indicated below for hearing, including evidentiary hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. 636(b)(1)(B):

　　　　_____    for injunctive relief
　　　　_____    for summary judgment
　　　　_____    for judgment on the pleadings
　　　　_____    to dismiss or quash indictment or information
　　　　_____    to suppress evidence in a criminal case
　　　　_____    to dismiss or permit maintenance of a class action
　　　　_____    to dismiss for failure to state a claim
　　　　_____    to involuntarily dismiss
　　　　_____    Request for Court appointed council
　　　　_____    Petition for writ of supervisory control

3. _____    HABEAS CORPUS PETITION OR MOTION TO VACATE SENTENCE for preliminary review and, if necessary, for conducting hearing, including evidentiary hearing if necessary, and submission of proposed Findings and Recommendations for disposition pursuant to 28 U.S.C. 636(b)(1)(B) and (C) and, as applicable, Rule 8(b) of the Rules governing 2255 cases.

4. _____    TO SERVE AS SPECIAL MASTER, upon consent of the parties, to hear and determine the following matter and to file a Report including Findings and Recommendations, in accordance with the provisions of 28 U.S.C. 636(b)(2) and Rule 53 F.R.C.P.:_____
_____

DATE OF ENTRY

SEP 1 3 2000

5. _____  TO SERVE AS SPECIAL MASTER to hear and determine the following matter and to file a Report including Findings and Recommendations in accordance with the provisions of Rule 53 F.R.C.P.

_____  PAUPER CASE for:

_____  Determination re:  leave to proceed in forma pauperis pursuant to 28 U.S.C. 1915(a).

_____  Finding and Recommendation

7. _____  SOCIAL  SECURITY CASE referred for hearing and for submission of Findings and Recommendations.

8.  X___  TITLE VII CASE, not scheduled for trial within 120 days after issue was joined, referred pursuant to 42 U.S.C. 2000e-5(f)(5) and Rule 53, F.R.C.P.

9._____  Handle all pre-trial matters including trial and pre-trial proceedings upon consent of the parties pursuant to 28 U.S.C. 636(c).

New Orleans, Louisiana, this 11th day of September, 2000.


_____
UNITED STATES DISTRICT JUDGE


CASE REFERRED TO
U.S. MAGISTRATE JUDGE ___Karen Wells Roby_____