```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2000 NOV -3  PM 4: 12

                LORETTA G. WHYTE
                     CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**November 3, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | CIVIL ACTION |
| **VERSUS** | NO: 00-0045 |
| **COPELAND'S OF NEW ORLEANS** | SECTION: "A" (4) |

### RULE 16/PRELIMINARY CONFERENCE

A Scheduling Conference shall be conducted before the undersigned Magistrate Judge on **November 14, 2000 at 1:30 p.m.** in Room B437 of the Hale Boggs Federal Building, 501 Magazine Street, New Orleans, La. See Federal Rule Civil Procedure 16.

1. The purpose of the conference is to focus counsel's attention on the issues actually in dispute and arrive at a schedule to manage discovery.

2. The court strives in all cases for a just, speedy and inexpensive determination of every action. Federal Rules of Civil Procedure Rule 1.

3. The Scheduling Order will reflect these goals.

4. At least **eight(8)** days prior to the conference scheduled herein, counsel shall meet and confer pursuant to Federal Rules of Civil Procedure 26(f), and shall prepare a discovery plan which will be discussed during the scheduling conference.

```
DATE OF ENTRY
NOV - 6 2000
```

5.  Counsel are further advised that unless the parties stipulate otherwise, and the court concurs, the rules limit the number of **Interrogatories (25)** and depositions (10) which each party may seek. See Rules 26(b), 26(d). The court may also impose limits on the time permitted for the conduct of depositions, Fed. R. Civ. P. 30(d)(2), and regulate the conduct of depositions; Fed. R. Civ. P. 30(d)(1).

6.  At the conference with the court, all parties who are not appearing pro se shall be represented by counsel who shall be familiar with the file and shall have full authority to bind their clients in all pretrial matters.

7.  The court has received your Consent to Proceed Before a United States Magistrate Judge, Local Civil Rule (73.2E ).

8.  Counsel for plaintiff(s) shall notify any party who hereafter enters an appearance of the above conference and forward to that party a copy hereof, together with a copy of any Scheduling Order entered as a result of this conference;

9.  The parties shall advise the district judge and magistrate judge immediately if this matter has been settled or terminated so that the above conference may be canceled; and

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE