

**MINUTE ENTRY**
**ROBY, M.J.**
**November 9, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0045** |
| **COPELAND'S OF NEW ORLEANS** | **SECTION: "A" (4)** |

### RULE 16/PRELIMINARY CONFERENCE
### AMENDED ORDER

The parties will note the following correction to page 2 in the Rule 16/Preliminary Conference order **(doc#25)** issued November 3, 2000:

7. **The court has received an Order of Reference to U.S. Magistrate from the District Judge to serve as a Special Master.**

All other instructions in the order are unchanged. The Scheduling Conference will proceed as scheduled on November 14, 2000 at 1:30 p.m.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 13 2000

Fee
Process
X Dktd
CtRmDep
Doc.No.