IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 00-31034

C.A. 00-45 A

SHELITA B MARTIN

       Plaintiff - Appellant

v.

COPELAND'S OF NEW ORLEANS INC

       Defendant - Appellee

---

Appeal from the United States District Court
Eastern District of Louisiana, New Orleans

---

U.S. COURT OF APPEALS
FILED
NOV 14 2000
CHARLES R. FULBRUGE III
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 15 2000
LORETTA G. WHYTE
CLERK

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of 11/14/00, for want of prosecution. The appellant failed to timely pay docketing fee.

                      CHARLES R. FULBRUGE III
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      By: _____
                          Monica Washington, Deputy Clerk

                      FOR THE COURT BY DIRECTION

A true copy
Test:
Clerk, U.S. Court of Appeals, 5th Circuit
By: _____
New Orleans, LA
11/14/00