MINUTE ENTRY
DECEMBER 14, 2000
SCHWARTZ, J.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 14 PM 5:00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHELITA MARTIN                          CIVIL ACTION

VERSUS                                  NO. 00-0045

COPELAND'S OF NEW ORLEANS, INC.         SECTION: "A"(4)

The Clerk is hereby directed to reallot the above-captioned case to another section of court.

REALLOTTED TO   **SECT. S**

DATE OF ENTRY
DEC 1 4 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
    Doc.No.