

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

## MOTION TO COMPEL ANSWERS TO DISCOVERY

NOW COMES defendant, Copeland's of New Orleans, Inc., and pursuant to the Federal Rules of Civil Procedure, and for the reasons more particularly described in the attached memorandum in support of this motion, respectfully requests this Honorable Court to enter an order compelling plaintiff, Shelita B. Martin, to answer fully and completely the Interrogatories and Requests for Production of Documents propounded by Copeland's of New Orleans, Inc. on September 28, 2000 within seven (7) days after hearing on this motion.

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc.No. 31

Respectfully submitted,

_____
LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 28 day of December, 2000.

S:\0201\016\DISC\MOTCOMPEL.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

**MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL ANSWERS TO DISCOVERY**

MAY IT PLEASE THE COURT:

On September 28, 2000, defendant, Copeland's of New Orleans, Inc. ("Copeland's") served Interrogatories and Requests for Production of Documents upon plaintiff, Shelita B. Martin. (Interrogatories and Requests attached hereto as Exhibit "A".) The time to respond to this discovery has long since expired. To date, the plaintiff has submitted neither responses nor objections to this discovery.

Counsel for defendant has forwarded correspondence to plaintiff (who is unrepresented) in an attempt to resolve this matter; counsel for defendant has not received any response. At the preliminary conference before the magistrate on November 14, 2000, counsel for defendant raised the issue of the outstanding

Interrogatories and Requests for Production of Documents with plaintiff and the magistrate. Plaintiff advised that she was retaining counsel who would forward to defendant's counsel the discovery responses. To date, defendants have not received any discovery responses from plaintiff.

Respectfully submitted,

LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

S:\0201\016\DISC\MEMOCOMPEL.DOC

Exhibit "A"

# SEE RECORD FOR
# EXHIBITS
# OR
# ATTACHMENTS
# NOT SCANNED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

## RULE 37.1 CERTIFICATE

Counsel for defendant submits this certificate pursuant to Rule 37.1 of the Uniform Local Rules of the District Courts of Louisiana and certifies that undersigned counsel for defendant, Copeland's of New Orleans, Inc., forwarded correspondence to plaintiff (who is unrepresented) in an attempt to amicably resolve this discovery dispute. Additionally, at the preliminary conference before the magistrate on November 14, 2000, counsel for defendant raised the issue of the outstanding Interrogatories and Requests for Production of Documents with plaintiff and the magistrate. Plaintiff advised that she was retaining counsel who would forward to defendant's counsel the discovery responses. More than six weeks have elapsed since plaintiff's representation to undersigned counsel that discovery responses would be forthcoming.

Respectfully submitted,

LEN R. BRIGNAC, T.A. (18189)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

S:\0201\016\DISC\CERTIFICATE.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

## NOTICE OF HEARING

TO:      Shelita Martin
         2416 Louisa Street
         New Orleans, LA 70117

PLEASE TAKE NOTICE that counsel for defendant, Copeland's of New Orleans, Inc., will bring on for hearing the attached Motion to Compel before the Honorable Magistrate Judge Karen Wells Roby, United States Courthouse, 500 Camp Street, New Orleans, Louisiana, on the 17th day of January, 2001 at 11:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

S:\0201\016\DISC\NOTHEARING.DOC