CA 00-45-54   FILED DEC 29 2000
U.S. DISTRICT COURT
District of Louisiana
LORETTA G. WHYTE
Clerk

December 22, 00

To Whom this may concern

I'm being Detain by OP Prison
My name is Shelita Martin #999071
SSN: 433272435   3000 Perdido Street
New Orlean, Louisiana
70119

this is my address pending Release
I have a Pre trail Date in June 2001
I have a trail Date in July 2001
I have not commited any crimes,
"Computer Error" is why I'm here.
I've forgotten the exact dates of
My Pre trail and trail, Case is in
Sec A Federal Court Judge Charles Schwatga
Mag Judge Karen foley

Shelita Martin
   vs.
Copelands of New Orleans

I may need transportation from OPP
to Federal Court, Also I'm not
sure I have an attorney, not able
to contact Frank Larre' whom is
Representing me in this case. I would
like too keep all schedule dates for
Court, and if possible "represent myself."

I've been Detain since 12-8-00. Defendant attorney needs to re submmit to me any and all Documents he wants me to fill out ASAP. I'm not having any progress with getting in Contact with Attorney Frank Larre' whom has other forms. I, Shelita Martin isn't pleased at all with Attorney Larre' performance. I'm `indigent' so I asking the court too have mercy on me with this matter and help me to attain any forms or documents from Defendant Attorney, Before our trail date(s) Even thou June and July 2001 is only six months away, I'm preparing, I don't know that much about Legal Matters.

Sincerely
Shelita Martin

\* P.S.
Theirs NO written contracts between Attorney Frank Larre and I, only Verbal.