Shelita Martin
vs.
Copeland of New Orleans

#433272435

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED JAN 09 2001
LORETTA G. WHYTE

January 4, 2001

00-0455(4)

FOR THE RECORD
NEW ADDRESS
12-08-00

To Whom this may concern:

My mailing address is 3000 Perdido St.
New Orleans La
70119

My Attorney and I have resolve our communications problems and is ready to proceed with our oringnal Court dates in June and July 2001
Sec A Judge, Charles Schwartz Jr.
I've been sentence here at Orleans Parish Prison 12-28-00, Is their a dress code for Court, and will transportation be provided.

Thank you
Shelita B. Martin

P.S.
Please Reply

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc.No. _____

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**