

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
    JAN 2 2 2001
2001 JAN 22  PM 3: 18
LORETTA G. WHYTE
     CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**January 22, 2001**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0045** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **SECTION: "S" (4)** |

On December 29, 2000, the defendant filed a **Motion to Compel Answers to Discovery (doc. #31)**, contending that the plaintiff has failed to respond to Interrogatories and Requests for Production of Documents, propounded on September 28, 2000. The defendant therefore requests an order compelling the plaintiff to fully and completely respond.

The defendant's motion was set for hearing on January 17, 2001. The plaintiff has not filed an opposition to the defendant's motion. Local Rule 7.5E states:

> Each party opposing a motion shall file, in duplicate, a memorandum of the reasons advanced in opposition to the motion and a list of citations of the authorities upon which the opponent relies or copies of these authorities no later than the eighth calendar day prior to the noticed hearing and shall at the same time serve a copy thereof on the opposing on the opposing party.

Accordingly,

**IT IS THEREFORE ORDERED** that the defendant's **Motion to Compel Answers to**

DATE OF ENTRY  **JAN 2 3 2001**

```
___Fee_____
___Process___
_X_Dktd_____
___CtRmDep
      Doc.No. 34
```

Discovery (doc. #31) is hereby **GRANTED AS UNOPPOSED**. The plaintiff is ordered to fully and completely respond to the defendant's Interrogatories and Requests for Production of Documents, **no later than February 1, 2001**.

                                              KAREN WELLS ROBY
                                      UNITED STATES MAGISTRATE JUDGE