U.S. DISTRICT COURT
Eastern District of Louisiana
FILED JAN 29 2001
LORETTA G. WHYTE
Clerk

Civil Action Case # 00-0045 Sec 'S' (4)

Shelita B. Martin V. Copeland's of New Orleans

To whom this may concern:     1/25/01

I, need the Defendant to re-issue me Interrogatories etc., including a self address envelope. If at all possible, I'm asking the Judge, to extend February 1, 2001 Deadline, In order for me to answer Defendant's Interrogatories and Requests for Productions of Documents.

The above Civil Matter is a separate issue, I'm in Custody at Orleans Parish Prison, I've been Convicted and Sentence to 4yrs D.O.C. (12-8-00) Once again my Criminal convition is a separate matter from my Civil Case. I, also need for the Judge of Civil Court to notified Orleans parish Prison of my Pre-trail Conference Date 6-13,14, 01 and my trail Date 07, 9, 10, 11

June 13, 14 2001 and July 9, 10, 11 2001 or any other Facility I may be in on said Dates, Including Defendant

Sincerely

Shelita B. Martin

ATTN:
Shelita B. Martin 999071
3000 Perdido Street
New Orleans, Louisiana 70119
CTA 3-1

Fee _____
Process _____
X  Dktd _____
X  CtRmDep _____
Doc.No. 35