FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
JAN 29 2001
2001 JAN 29 PM 4:13
LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**January 29, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO:** 00-0045 |
| **COPELAND'S OF NEW ORLEANS** | **SECTION:** "S" (4) |

**IT IS ORDERED** that the plaintiff's **Request for Court Dates (docs. #32 and 33)** is hereby **GRANTED**. The Docket Clerk is directed to reissue the Scheduling Order **(doc #28)**.

To the extent that the plaintiff refers to her attorney, Frank Larre, the Court Record does not reflect a Motion to Enroll.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

Fee_____
Process____
X Dktd____
CtRmDep____
Doc.No.____

DATE OF ENTRY  JAN 3 0 2001