U.S. DISTRICT COURT
Eastern District of Louisiana

00-0455(4)   FILED FEB 0 5 2001
LORETTA G. WHYTE
Clerk

2/1/01

To whom this may concern, if at all possible may I have (a) and all Trails By Jury? I don't understand a Trail without Jury. Do I have a Right to proceeding with a Jury.

Once again what is the procuder for me being in Court on June 13, 2001 and Trail Dates July 9, 10, 11 2001 I've been sentence in OP Prison for a criminal case that was pending since 1999.

Will the Court 'Writ' Orleans Parish Prison or any prison I may be Detain at During my set Court Dates in Federal Court.

P.S.
Please Respond

Sincerely
Shelita Martin

Fee _____
Process _____
X Dktd
X CtRmDep
Doc.No. 37