

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 25 PM 12:57
FEB 26 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

**MOTION FOR SANCTIONS
OR OTHER RELIEF UNDER RULE 37(b)**

Defendant, Copeland's of New Orleans, Inc. ("Copeland's"), moves this Court pursuant to Rule 37(b) of the Federal Rules of Civil Procedure for an award of sanctions and for an order dismissing plaintiff's claims for plaintiff's failure to comply with this Court's discovery order. For the reasons set forth in defendant's Memorandum in Support of this Motion, defendant is entitled to an award of sanctions and an order dismissing plaintiff's claims.

___Fee___
___Process___
X /Dktd_____
✓ /CtRmDep___
Doc.No.____

Respectfully submitted,

_____
LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 22nd day of February, 2001.

S:\0201\016\PLDGS\MOTSANCTIONS.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR SANCTIONS OR OTHER RELIEF UNDER RULE 37(b)**

Defendant, Copeland's of New Orleans, Inc. ("Copeland's"), moves this Court for an award of sanctions or other relief pursuant to Rule 37(b) of the Federal Rules of Civil Procedure for plaintiff's failure to comply with this Court's discovery order.

By Minute Entry dated January 22, 2001, this Court granted defendant Copeland's Motion to Compel answer to discovery, ordering that plaintiff is to "fully and completely respond to defendant's interrogatories and request for production of documents, no later than February 1, 2001." This discovery was propounded on or about September 28, 2000. To date, plaintiff has provided no response to this discovery or other communication to defendant's counsel regarding these outstanding responses.

In an effort to amicably resolve this discovery dispute, counsel for defendant forwarded correspondence on February 12, 2001 to plaintiff requesting the outstanding discovery and requesting that plaintiff contact defendant's counsel to discuss this matter. Plaintiff has not contacted Copeland's counsel to discuss amicably resolving this matter.

Plaintiff's failure to cooperate in discovery or to contact counsel for defendant to discuss these discovery issues prevents defendant from obtaining any information regarding plaintiff's claim and severely limits defendant's pre-trial preparation efforts. Defendant will have difficulty completing discovery, obtaining experts and otherwise complying with the cutoff dates set forth in the Court's November 14, 2000 Scheduling Order.

As a result of plaintiff's failure to cooperate in discovery, defendant seeks appropriate relief, including sanctions and/or an order "striking out pleadings or parts thereof or dismissing plaintiff's action or rendering a judgment by default" against plaintiff.

As explained by the United States Fifth Circuit Court of Appeals, when parties present no valid objections to discovery and intentionally withhold properly requested information, courts have the authority to presume that the party's refusal to produce the information is an admission of the want of merit and the asserted defense [or claim]. *Chilcutt v. U.S.*, 4 F.3d 1313, 1324 (5th Cir. 1993).

## Conclusion

Plaintiff has made no effort whatsoever to respond to defendant's discovery requests and to comply with this Court's order compelling responses to defendant's discovery. Plaintiff's refusal to comply with this Court's order prejudices defendant's ability to prepare its defense, justifies an award of appropriate sanctions and/or imposition of other remedies, including dismissal of plaintiff's claims.

Respectfully submitted,

_____
LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 23 day of February, 2001.

S:\0201\016\PLDGS\SANCTIONS.DOC

-4-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| SHELITA B. MARTIN | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

## RULE 37.1 CERTIFICATE OF COMPLIANCE

Counsel for defendant, Copeland's of New Orleans, states that he has attempted, unsuccessfully, to confer in person or by telephone for the purposes of amicably resolving the issues set forth in its Motion for Sanctions and Other Relief Under Rule 37 filed herewith. Counsel for defendant has forwarded correspondence to plaintiff requesting contact by telephone or otherwise to amicably resolve this discovery dispute. Plaintiff has not communicated in any manner with counsel for defendant, necessitating this motion.

-2-

Respectfully submitted,

_____
LEN R. BRIGNAC, T.A (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 22 day of February, 2001.

S:\0201\016\PLDGS\COMPLIANCE37.DOC

-3-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

**NOTICE OF HEARING**

TO:   Shelita Martin
      2416 Louisa Street
      New Orleans, LA 70117

PLEASE TAKE NOTICE that counsel for defendant, Copeland's of New Orleans, Inc., will bring on for hearing the attached Motion for Sanctions or Other Relief Under Rule 37(b) before the Honorable Magistrate Judge Karen Wells Roby, United States Courthouse, 500 Camp Street, New Orleans, Louisiana, on the 14th day of March, 2001 at 11:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

_____
LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

S:\0201\016\PLDGS\NOTHRG.DOC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 22nd day of February, 2001.

_____