Shelita Martin
   Versus
Copeland's of New Orleans
   Civil Action
      No. 00-0045
      Section 'S' (4)

To whom this may concern;
I would like to participate by 'Telephone', Since I won't be able to proceed in person for Schedule trail and or Conference. This is my Respond to March 26, 01 Letter I received from District Court.

Sincerely
Shelita Martin

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED  APR 0 2 2001
LORETTA G. WHYTE
      Clerk

___Fee_____
___Process____
X  Dktd_____
X  CtRmDep____
   Doc.No.____