FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 APR -2 PM 4: 20
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
ROBY, M.J.
April 2, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELITA MARTIN | CIVIL ACTION |
| VERSUS | NO:     00-0045 |
| COPELAND'S OF NEW ORLEANS | SECTION: "S" (4) |

On January 29, 2001, the plaintiff, Shelita Martin filed **a Motion to Reissue Interrogatories and an Extension of Time to Answer( doc.# 35)** seeking an order from the Court for the defendant to re-issue Interrogatories and Request for Production of Documents and also an extension of time to answer the defendants Interrogatories and Request for Production of Documents.

LR37.1E & M Discovery Motions provides that no motion relative to discovery shall be accepted for filing unless accompanied by a certificate of counsel for the moving party stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice. Counsel for the moving party shall arrange the conference. Any motion filed under this paragraph shall be noticed for hearing. If the court finds that opposing counsel has

DATE OF ENTRY
APR 0 3 2001

willfully refused to meet and confer, or, having met, willfully refused or failed to confer in good faith, the court may impose such sanctions as it deems proper.

The plaintiff, is hereby required to contact the defendant to see if they would willing provide her with another copy of the Interrogatories and Request for Production of Documents. She is further required to see if they would extend the period for answering.

The Court hereby finds that the plaintiff has not complied with Local Rule 37.1 by attempting to amicably resolve the current discovery dispute. Therefore, the **Motion to Request the Defendants to Re-issue Interrogatories and Request for Production of Documents and Extend the Deadline is hereby Denied ( doc.# 35).**

New Orleans, Louisiana, this 20 day of April, 2000.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE