Shelita Martin

Versus

Copeland's of New Orleans

Civil Action

No. 00-0045

Section 'S' (4)

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED APR 2 2001

LORETTA G. WHYTE
Clerk

To whom this may concern,

My estimated Release date is July 2003. I chose to participate by Telephone. Second choice would be video Conferencing if necessary. Asking for a 'Stay' isn't necessary. I would like to keep said matter simple.

Sincerely,
Shelita Martin

___ Fee ___
___ Process ___
 X  Dktd
 X  CtRmDep
___ Doc.No. ___