```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2001 APR 11  PM 3:57

                                LORETTA G. WHYTE
                                      CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

### WITNESS AND EXHIBIT LIST

Pursuant to this Court's Scheduling Order, defendant, Copeland's of New Orleans, submits its Witness and Exhibit List as follows:

<u>Witness List</u>

1. Shelita Martin
   2416 Louisa Street
   New Orleans, LA 70117

2. Theresa Hays
   Copeland's of New Orleans
   1405 Airline Drive
   Metairie, LA 70001

3. Mark Simpson
   Copeland's of New Orleans
   1405 Airline Drive
   Metairie, LA 70001

4. Joanie Wilkerson



5. Ulysses Bryant
   5006 N. Derbigny
   New Orleans, LA 70117

6. Janie Wilkerson

7. Kaiser Siddiqui
   P. O. Box 924
   Harvey, LA 70059

8. Darlene Vicknair

9. Peter (last name unknown; Copeland's supervisor)

10. Grant Hudson
    Copeland's of New Orleans
    1405 Airline Drive
    Metairie, LA 70001

11. Danielle Demahy
    Copeland's of New Orleans
    1405 Airline Drive
    Metairie, LA 70001

12. Marcel Williams
    4601 Dale Street
    New Orleans, LA

13. Any witness identified or listed by plaintiff.

14. Representatives of plaintiff's prior employers.

15. Representative of plaintiff's current employer.

16. Plaintiff's parole officer.

17. Any of plaintiff's medical health care providers.

Exhibit List

1. Plaintiff's entire personnel file in connection with her employment with Copeland's of New Orleans.

2. EEOC's entire file and records in connection with plaintiff's charges of discrimination with Copeland's of New Orleans.

3. Copeland's of New Orleans training materials and employee handbook.

4. Records from plaintiff's previous and current employers.

5. Records from plaintiff's health care providers.

6. Records relating to plaintiff's arrest and conviction.

7. All discovery responses in this matter.

8. All deposition transcripts.

9. All exhibits attached to depositions in this matter.

10. Records of plaintiff's prior lawsuits.

11. Plaintiff's Social Security records.

12. Plaintiff's tax records.

13. Any exhibit listed by plaintiff in this matter.

Copeland's reserves the right to supplement and amend this Witness and Exhibit List as discovery and investigation continues.

Respectfully submitted,

LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

S:\0201\016\PLDGS\WITEXHLIST.DOC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 10 day of April, 2001.