```
                                        FILED
                                  U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                  2001 APR 19 AM 8:46

                                     LORETTA G. WHYTE
                                          CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**April 18, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELITA B. MARTIN | CIVIL ACTION |
| VERSUS | NO: 00-0045 |
| COPELAND'S OF NEW ORLEANS | SECTION: "S" (4) |

### AMENDED ORDER

At the request of the plaintiff **(docs# 41 & 43)**, the parties will note the following changes to page 3 in the Rule 16/Scheduling Conference order **(doc#28)** issued November 14, 2000:

The **Final Pretrial Conference** will be held on **June 13, 2001 at 1:30 p.m. by telephone.** **Trial** will commence on **July 9, 2001 at 9:30 a.m. by telephone** before the Magistrate Judge **without a jury.**

The Clerk is directed to send a copy of this minute entry to the Warden of Templeman in New Orleans, Louisiana. **The Warden is directed to have the plaintiff, SHELITA B. MARTIN, #999071, made available by telephone for the conference.**

All other instructions in the order are unchanged.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
Warden, Templeman
3000 Perdido Street
New Orleans, LA 70119

DATE OF ENTRY __APR 19 2001__