FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 23 PM 4: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

### MOTION TO EXTEND
### MOTION FILING CUTOFF DATE

Defendant, Copeland's of New Orleans, Inc. ("Copeland's"), moves this Court for entry of an Order extending the motion filing cutoff date from April 30, 2001, to May 15, 2001.

In support of its motion, Copeland's states that on September 28, 2000, Copeland's propounded Interrogatories and Requests for Production of Documents upon plaintiff. Plaintiff failed to timely respond to said discovery. On December 29, 2000, Copeland's filed a Motion to Compel Answers to Discovery. On January 22, 2001, Magistrate Roby ordered plaintiff to "fully and completely respond to the defendant's Interrogatories and Requests for Production of Documents, **no later than February 1, 2001.**" To date, Copeland's has not received discovery responses

DATE OF ENTRY
APR 2 6 2001



from plaintiff. Counsel for Copeland's is seeking to take the deposition of plaintiff in early May, 2001 and wishes to have plaintiff's deposition testimony prior to motion filing cutoff date.

Counsel for Copeland's states that the granting of this motion will not affect the presently scheduled trial date of July 9, 2001. Plaintiff is unrepresented and in jail. Defendant's counsel was unable to determine if plaintiff opposes this motion.

Respectfully submitted,

_____
LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 20th day of April, 2001.

S:\0201\016\PLDGS\CONTINUEMOT.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| SHELITA B. MARTIN | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

### **O R D E R**

Considering the foregoing Motion to Extend Motion Filing Cutoff Date;

IT IS HEREBY ORDERED that the motion filing cutoff date of April 30, 2001, be extended to May 15, 2001.

New Orleans, Louisiana, this 23rd day of April, 2001.

_____
JUDGE