Shelita Martin
    vs.                #00-045-S(4)
Copeland's of New Orleans Inc.

May, 10 2001
U. S. DISTRICT COURT
Eastern District of Louisiana

FILED MAY 15 2001

LORETTA G. WHYTE
Clerk

To whom this may concern

The Production of Documents the Defendant is asking for can't be Produce

I only have A Pink slip and check stub which I have no Access too because I'm incarcerated.

Also enclosed are Interrogatories the Defendant has been Requesting If at all possible Please Forward to the Defendant

In the Future would you Please forward Any and all Request to my Attorney on record to: Frank Larre
3017 20th Street
Metairie Louisiana 70002
(504) 831-0106

I have Limited Access to any and All information the Defendant is trying to obtain from me the Plaintiff Shelita Martin

P.S. with all Due Respect
I'm waiting for your Respond

Thank you

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc.No. _____

## Interrogatory

1.) State your name and children names including date of Birth (s) and Social Security numbers

Shelita Martin
2416 Louisa St
New Orleans La 70117
433 27 2435      01-27-66 D.O.B

children

Nicole Kimberly Martin
07-25-83
father name Kelvan Martin

Kelvan Fredrick Martin
12-11-83
father name Kelvan Martin

Kendell Wayne Martin
05-04-86
father name Kelvan Martin

2.) Identify your employers

Burger King  $6.25 HR
Bartlett TN
8/98  01/99
Relocated back to New Orleans
Quit

Copelands of New Orleans  $6.00 HR
LaPalco Blvd
     Fired
6-98   7-98

Taco Bell
Bell chase Hwy  $6.50 HR
Quit Personal Reasons

3.) Identify any civil or criminal litigation
criminal litigation 11-7-99  12-28-00

4) Have you ever filed a claim with any federal or state agency.
NO

5.) Have you ever complained to asserted advised etc a Previous other. that Copeland's. NO

6.) Please describe any and all medications you where taking while employed for Copeland's.
Lithium Prozac Viracept Zerit Batrim Valium

7.) Have you ever consult a Psychiatrist. yes

8.) Identify all Physicans whom Provided treatment
Dr. Trent Dessellon
East Jefferson Mental Health
3101 W. Napoleon Ave
Metairie La. 70001

9.) Do You receive SSI benefits yes
I received $530 a month.

10.) Have you been arrested before yes
By Orleans Parish Police
Convicted on all charges 12-28-00

11.) State whether you're Disable
Yes I'm Disable due to having AIDS
And A T Cell Count of 64

12.) Identify all Persons Known to you who have Knowledge of facts contain in your (case)
The EEOC

13.) Give name of Persons for statement or interviews
   EEOC and Plaintiff Shelita Martin

14.) Identify all witness whom you anticipate calling to testify at the trail of this matter
   The EEOC

15.) Identify each or prospective witness that you intend to call at the trail of this matter
   The EEOC

16.) Evidence that you intend to use and/or introduce at the trail
   See and ask Attorney

17.) Name all Doctors you've seen in the Past Several Years
   Dr. Chris Nurre 3234 N. Galvez Street
      N.O. La 70117
   Dr. Rebecca Clark 136 S. Roman Street
      N.O. La 70112
   Dr. Trent Desselles 3400 Florida Ave
      N.O. La 70117
   Dr. Sam Macaluso 4700 Wicher
      Marrero La

18.) Name of Person whom prepare these interrogatories
   Shelita Martin
   3000 Perdido Street
   New Orleans La 70119
   # 999071

Here's a copy of the Exhibit List

Please allow the U.S. Marshals to serve any and all order(s)

Equal Employment Opportunity Commission
including Case File
701 Loyola Ave
New Orleans La 70113
(504) 589-2329

Ron Last name unknown
Employer Copelands of New Orleans
1405 Airline Dr.
Metairie La 70001
(504) 830-1000

Joanie Wilkerson,
19 Airlie Apt. A
Harvey Louisiana 70056

HOP clinic,
136 S. Roman Street
N.O. Louisiana 70112
And all medical Records

Theresa Hays
Employer Copeland's of New Orleans
1405 Airline Dr.
Metairie La 70001
(504) 830-1000