U. S. DISTRICT COURT
Eastern District of Louisiana
FILED MAY 16 2001
LORETTA G. WHYTE
Clerk

Shelita Martin) 00-045-S(4)
vs
Copelands of New Orleans

May 14, 2001

To whom it may Concern

I'm requesting that the Summary Judgement against me be Denied.

My verified Complaint does not address each factual issue raised by the Defendant. The Defendants allegations don't tell the whole story, and My Rights A.D.A has been Violated.

Please Deny the Motion and Motions

Shelita Martin

Please forward to the Defendant if need.

Fee _____
Process _____
X Dktd
X CtRmDep
Doc.No. _____

Statement of Material Facts
As to which there is Genuine Issue to be Tried.

1. The plaintiff Shelita Martin was fired from Copelands for the following reason:
   Company did illegally solicit Detail Medical Information Defendant found out plaintiff has AIDS and Active Hepatitis

2. Several of Copelands Employee and I played Domino's together at Joanie Wilkerson who knew I had AIDS I have a picture of an employee

3. Ron an Copelands employee knew I had AIDS, we spoke about it on the last day I worked before Theresa Hays Fired me. Ron refuse to allow me into the Restuarant to receive and sign for my check. Another employee handed it to me out the Door.

4. My ex landlord told me he contact my employer He also knew I had AIDS And Hepatitis Active

5. After detail information was solicit by Copelands I was Fired

6. The copeland questionnaire did'nt ask what pacific illness I suffer with or from.

7. I was'nt given time to learn Copelands Handbook.

8. I was incarcerated during the time I should have receive the 1st Right to Sue Letter.

9. I immediately found another job working for Burger King Expediting Food, Including more Pay. (A MONTH LATER)

10. My Rights has been violated (ADA) by Copelands

11. I've worked Expediting Food for 10 years

12. The EEOC Investigated the Complaint I had against Copelands, and within a year Determine is was Discrimination Copelands ignore the Concilation Agreement.

13. The EEOC is my Witness (!) and it Ruling

Shelita Martin