FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 25  PM 2: 28

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

## MOTION TO EXCLUDE
## TESTIMONY OF PLAINTIFF'S WITNESSES

Defendant, Copeland's of New Orleans, files this Motion to Exclude the Testimony of Plaintiff's Witnesses for plaintiff's failure to provide any witness list in compliance with this Court's scheduling order. Plaintiff filed suit on or about January 11, 2000. This Court's scheduling order entered November 15, 2000 required the parties to serve a list of all witness who may or will be called to testify at trial and a list of all exhibits not later than sixty days prior to the final pre-trial conference date or on or before April 16, 2001. Plaintiff has not provided any witness or exhibit list to defendant, and Copeland's has been unable to schedule or take any depositions of plaintiff's unknown trial witness.



Accordingly, Copeland's of New Orleans seeks an order from this Court precluding plaintiff from admitting the testimony of any "surprise" witnesses.

Respectfully submitted,

LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 25th day of _____ , 2001.

S:\0201\016\PLDGS\MOTEXCLUDE.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

### COPELAND'S OF NEW ORLEANS, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S WITNESSES

Defendant, Copeland's of New Orleans, Inc. ("Copeland's") files this Memorandum in Support of its Motion to Exclude Testimony of Plaintiff's Witnesses for failure to comply with this Court's Scheduling Order.

In January 2000, plaintiff filed suit against Copeland's for alleged employment discrimination in connection with plaintiff's disability. On November 15, 2000, this Court entered a Scheduling Order ordering that counsel for the parties file and serve upon their opponents a list of all witnesses who may or will be called to testify at the trial and all exhibits which may or will be used at the trial no later than sixty days prior to the final pre-trial conference date. The pre-trial

conference in this case is set for June 13, 2001 at 1:30 p.m.  The trial is set for July 9, 2001.

Plaintiff was obligated to provide a list of her witnesses and exhibits on or before April 16, 2001.  Plaintiff failed to do so.  (On April 13, 2001, Copeland's provided to plaintiff and filed with the court a copy of its Witness and Exhibit Lists.)

This Court's Scheduling Order provides that "the court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this order as it pertains to the witnesses and/or exhibits, without an order to do so issued on a motion for good cause shown."

Plaintiff's failure to provide defendant with a list of its potential witnesses and exhibits resulted in prejudice to Copeland's in its failure to undertake any meaningful discovery to determine the basis of plaintiff's allegations of discrimination.  Further, plaintiff's failure to supply defendant and this Court with identification of its potential witnesses and exhibits is a failure to prosecute this claim and is contrary to the provisions of Rule 16 of the Federal Rules of Civil Procedure.

Rule 16(f) of the Federal Rules of Civil Procedure provides that if a party fails to obey a scheduling or pre-trial order , the judge, upon motion or the judge's own initiative, may make such orders with regard thereto as are just, and among others, any of the orders provided in Rule 37(b)(2)(B), (C), (D).

For the foregoing reasons, defendant, Copeland's of New Orleans, Inc., is entitled to an order excluding the testimony of plaintiff's witnesses at the trial of this matter.

Respectfully submitted,

LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this _____ day of

_____, 2001.

S:\0201\016\PLDGS\MEMOSUPPEXCLUDE.DOC

-4-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

## **NOTICE OF HEARING**

TO:   Ms. Shelita Martin 999071
        3000 Perdido St.
        New Orleans, LA 70119

PLEASE TAKE NOTICE that counsel for defendant, Copeland's of New Orleans, Inc., will bring on for hearing the attached Motion to Exclude Testimony of Plaintiff's Witnesses before the Honorable Magistrate Judge Karen Wells Roby, United States Courthouse, 500 Camp Street, New Orleans, Louisiana, on the 13th day of June, 2001 at 1:30 p.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

_____

LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this ____ day of _____, 2001.

S:\0201\016\MISC\HRGEXCLUDE.DOC