```
                                            FILED
                                       U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                       2001 MAY 25  PM 2:28

                                         LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

### REQUEST FOR ORAL ARGUMENT

Defendant, Copeland's of New Orleans, Inc., pursuant to Rule 7.2E of the Uniform Local Rules for the District Courts of Louisiana, requests hearing and oral argument on its Motion to Exclude Testimony of Plaintiff's Witnesses.

Respectfully submitted,

_____
LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 25 day of ___May___, 2001.

_____

S:\0201\016\PLDGS\ORAL1.DOC