FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 25  PM 2: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

### MOTION TO COMPEL PLAINTIFF'S DEPOSITION

Defendant, Copeland's of New Orleans, Inc. ("Copeland's"), moves this Court for an order compelling plaintiff to submit to a deposition pursuant to the Federal Rules of Civil Procedure. Copeland's shows that plaintiff is incarcerated in Orleans Parish Prison and that counsel for defendant has sought, on numerous occasions, by telephone and correspondence to arrange for plaintiff's deposition at Orleans Parish Prison. Plaintiff has sought to obstruct these efforts by advising the warden that she is represented by counsel and that she should not be made to appear for deposition without the presence of her counsel. To date, no one has enrolled as counsel of record, and plaintiff's continued reference to her attorney and the need for her

attorney's presence appears to be an effort to delay and obstruct any discovery in this matter.

For the foregoing reasons and the reasons and the reasons set forth in the Memorandum in Support of this motion, Copeland's of New Orleans, Inc. seeks an order compelling not to obstruct the scheduling and taking of her deposition.

                    Respectfully submitted,

                    LEN R. BRIGNAC, T.A. (18139)
                    KING, LEBLANC & BLAND, LLP
                    201 St. Charles, Suite 3800
                    New Orleans, LA 70170
                    504-582-3800

                    Attorney for Defendant,
                    Copeland's of New Orleans, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 25th day of _____May_____, 2001.

_____

S:\0201\016\PLDGS\COMPELDEPO.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

### MEMORANDUM IN SUPPORT OF
### MOTION TO COMPEL PLAINTIFF'S DEPOSITION

Defendant, Copeland's of New Orleans, Inc., files this Memorandum in Support of its Motion to Compel Plaintiff's Deposition. Plaintiff filed this action *pro se*, and no one has ever entered an appearance as attorney of record for plaintiff. Plaintiff is presently incarcerated in Orleans Parish Prison, and has been able to file responsive pleadings, but has made no effort to respond to any written or other discovery sought by defendant.

Due to plaintiff's refusal to provide any discovery and obstruction of discovery, Copeland's has been unable to conduct any discovery into plaintiff's claims. Specifically, on April 24, 2001, counsel for defendant forwarded correspondence to Charles C. Foti, Jr., Criminal Sheriff of Orleans Parish Prison,

requesting that plaintiff be made available for deposition on several proposed dates. Counsel for defendant understands that plaintiff obstructed these efforts to set the deposition by advising the criminal sheriff and/or his representatives that she was represented by counsel, and that her deposition could not proceed without the presence of her counsel. In late April, 2001, counsel for defendant received a voice mail message from "Frank Leray" advising that he objected to plaintiff's deposition proceeding without his presence. Mr. Leray did not provide any telephone contact information or address, and no one has filed any motion to enroll as counsel of record.

With this tactic of suggesting an attorney would enroll as counsel of record, plaintiff is seeking to prevent the taking of her deposition, and the failure of anyone to enroll as counsel of record is delaying the prosecution of this case and prejudicing Copeland's.

In correspondence dated May 8, 2001, counsel for defendant requested plaintiff provide plaintiff's attorney's name and telephone number and/or address so that appropriate arrangements can be made for her deposition. Counsel for defendant received no response, necessitating this motion.

For the foregoing reasons, Copeland's of New Orleans, Inc. is entitled to an order compelling plaintiff to not obstruct the taking of her deposition and allow arrangements to be made for her deposition to be taken in Orleans Parish Prison.

Respectfully submitted,

_____
LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 25 day of May, 2001.

S:\0201\016\PLDGS\MEMOSUPPCOMPELDEPO.DOC

-4-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

**NOTICE OF HEARING**

TO: Ms. Shelita Martin 999071
3000 Perdido St.
New Orleans, LA 70119

PLEASE TAKE NOTICE that counsel for defendant, Copeland's of New Orleans, Inc., will bring on for hearing the attached Motion to Compel Plaintiff's Deposition before the Honorable Magistrate Judge Karen Wells Roby, United States Courthouse, 500 Camp Street, New Orleans, Louisiana, on the 13th day of June, 2001 at 1:30 p.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

_____
LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

-2-

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 25th day of May, 2001.

S:\0201\016\PLDGS\COMPELDEPOHRG.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

### **O R D E R**

Considering the foregoing Motion to Compel Plaintiff's Deposition

IT IS HEREBY ORDERED that plaintiff be made available for deposition on the ___ day of _____, 2001 at __:__ _.m.

New Orleans, Louisiana, this ___ day of _____, 2001.

_____
UNITED STATES MAGISTRATE

S:\0201\016\PLDGS\ORDERDEPO.DOC