FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 25 PM 2: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

**REQUEST FOR ORAL ARGUMENT**

Defendant, Copeland's of New Orleans, Inc., pursuant to Rule 7.2E of the Uniform Local Rules for the District Courts of Louisiana, requests hearing and oral argument on its Motion to Compel Plaintiff's Deposition.

Respectfully submitted,

LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 25 day of May, 2001.

_____

S:\0201\016\PLDGS\ORAL1.DOC