U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUN 6 2001

LORETTA G. WHYTE
Clerk

00-045 S(4)

June 9, 2001

To whom it may Concern:

I have a Schedule Conference Call on June 13, 2001 at Orleans Parish Prison. I'm no longer an Inmate at Orleans Parish Prison effective June 4, 2001. I'm an Inmate at

L C I W
P. O. Box 26
St. Gabriel, La 70776

My incarceration doesn't pertain to my Civil Action Case #00-045-S(4). My Civil Action Case is a separate issue. However, my Conference Call needs to be forward to L.C.I.W. ~~to~~ 1S.A.P.

Thank you
Shelita Martin
P.O. Box 26
St. Gabriel, La 70776
(504) 642-5529
OR
(504) 342-6298
Street address LA Hwy 74
St. Gabriel, La

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc. No. _____