FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 12  AM 11: 19

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**June 11, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0045** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **SECTION: "S" (4)** |

On May 25, 2001, the defendant, Copeland's of New Orleans, Inc., filed a **Motion to Exclude Testimony of Plaintiff's Witnesses (doc. #50)** and **Request for Oral Argument (doc. #51)**. The defendant suggests that the plaintiff failed to timely provide a witness list as required by the Court's Scheduling Order. The defendant therefore seeks an order precluding the plaintiff from calling any witnesses at the trial of this matter.

The defendant's motion is currently set for hearing before the undersigned on June 13, 2001. However, in light of the recent enrollment of plaintiff's counsel and continuation of all relevant pre-trial deadlines, the Court finds that motions are moot. Accordingly,

**IT IS ORDERED** that the defendant's **Motion to Exclude Testimony of Plaintiff's Witnesses (doc. #50)** and **Request for Oral Argument (doc. #51)** are **DENIED**.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 1 2 2001

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____