```
                              FILED
                        U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA

                        2001 JUN -1  P 1: 49

                         LORETTA G. WHYTE
                              CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CASE NUMBER: 00-CV-045** |
| **VERSUS** | **DIVISION "S"** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **MAGISTRATE "4"** |

### MOTION TO ENROLL AS COUNSEL OF RECORD

On motion of **KEITH COUTURE and FRANK LARRE,** Counselor at Law, and on suggesting to the Court that they have been retained as co-counsel for plaintiff, **SHELITA B. MARTIN,** in the above-captioned cause, and that she desires to have their names placed of record in this case.

IT IS ORDERED by the Court, that the name of **KEITH COUTURE and FRANK LARRE,** be entered on the record of the Court as counsel for the parties hereto, in the above entitled and numbered cause.

New Orleans, Louisiana this _____ day of May 2001.

_____
**JUDGE**

RESPECTFULLY SUBMITTED,

_____
**KEITH COUTURE, #22759**
9061 W. Judge Perez Dr., Ste 2-A
P.O. Box 2291
Chalmette, LA 70044-2291
(504)279-8555
(504)281-0074 (Fax)

**FRANK LARRE, #8049**
Larre & Associates
3017 20th Street, Ste 2-A
Metairie, LA 70002
(504)831-0106
(504)838-0280 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleadings has been served upon all counsel of record, via ✓ U.S. Mail, ___ Fax, ___ Hand-Delivery, this 30th day of May 2001.

_____
KEITH COUTURE