FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 12 AM 11: 19

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**June 12, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0045** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **SECTION: "S" (4)** |

Before the Court is Keith Couture and Frank Larre's **Motion to Enroll As Counsel Of Record** on behalf of the plaintiff, Shelita Martin. After careful review of the record and consideration of the nature of the plaintiff's claims, the Court finds that motion is well founded. Accordingly,

**IT IS ORDERED** that the **Motion to Enroll As Counsel of Record** on behalf of the plaintiff, Shelita Martin, is **GRANTED**.

**IT IS FURTHER ORDERED** that the **Final Pretrial Conference** currently scheduled for **June 13, 2001 at 1:30 p.m.** via telephone conference call is **CANCELLED**.

**IT IS FURTHER ORDERED** a **FRCP Rule 16 Conference** shall be conducted before the undersigned Magistrate Judge on **June 14, 2001 at 11:00 a.m.** in Room B437 of the Hale Boggs Federal Building, 501 Magazine Street, New Orleans, La. Counsel shall be prepared to identify and meaningfully discuss the basis of the plaintiff's claim, the scope and timing of

DATE OF ENTRY
JUN 1 2 2001

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____

additional discovery, and the selection of new pre-trial and trial dates. Counsel shall have full authority to bind their clients in all pretrial matters.

**IT IS FURTHER ORDERED** that prior to the conference scheduled herein, counsel shall meet and confer pursuant to **Federal Rules of Civil Procedure 26(f)**, and shall prepare a discovery plan which will be discussed during the scheduling conference.

                                   KAREN WELLS ROBY
                             UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
Keith Couture
9061 W. Judge Perez Dr., Ste 2-A
P.O. Box 2291
Chalmette, LA 70044-2291
504-281-0074 (Fax)

&
 
Frank Larre,
Larre & Associates
3017 20th Street, Ste. 2-A
Metairie, LA 70002
504-838-0280 (Fax)
**Attorneys for Plaintiff, Shelita Martin**

Len R. Brignac
King, LeBlanc & LeBland, LLP
201 St. Charles Ave., Ste. 3800
New Orleans, LA 70170
504-582-1233 (Fax)
**Attorney for Defendant,
Copeland's of New Orleans, Inc.**

2