

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 13 PM 3: 56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **NUMBER: 00-CV-045** |
| **VERSUS** | **DIVISION "S"** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **MAGISTRATE "4"** |

### MOTION TO CONTINUE TRIAL DATE

**NOW INTO COURT,** through undersigned counsel comes Complainant, through the undersigned counsel, who respectfully moves this Honorable Court for a continuance of the trial presently scheduled for July 9, 2001, for the reason provided in the accompanying memorandum.

Complainants have been informed of this continuance and consent to it. Opposing counsel has been informed of this continuance and he advised that he had no objection to this request.

WHEREFORE, Complainant prays that the continuance be granted.

**RESPECTFULLY SUBMITTED,**

**KEITH COUTURE, #22759**
**Counsel for Complainant**
9061 W. Judge Perez Drive, Suite 2-A
Post Office Box 2291
Chalmette, LA 70044-2291
(504) 279-8555/(504) 281-0074 Fax

**FRANK LARRE, TA, #8049**
**Counsel for Complainant**
3017 20th St., Suite A
Metairie, LA 70002
(504) 831-0106

1

DATE OF ENTRY
JUN 1 5 2001

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleadings has been served upon all counsel of record, via _____ U.S. Mail, _____ Fax, _____ Hand-Delivery, this _____ day of June 2001.

_____
KEITH COUTURE

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

SHELITA B. MARTIN                    NUMBER:  00-CV-045

VERSUS                               DIVISION "S"

COPELAND'S OF NEW ORLEANS, INC.      MAGISTRATE "4"

### ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that the trial date of July 9, 2001 is hereby continued; and

**IT IS FURTHER ORDERED** that there be issued a new Scheduling Order.

Signed in New Orleans, Louisiana this ____ day of June 2001.

_____
JUDGE

3

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

SHELITA B. MARTIN            NUMBER: 00-CV-045

VERSUS                      DIVISION "S"

COPELAND'S OF NEW ORLEANS, INC.      MAGISTRATE "4"

## MEMORANDUM IN SUPPORT OF

## COMPLAINANT'S MOTION TO CONTINUE TRIAL DATE

**MAY IT PLEASE THE COURT:**

NOW INTO COURT, through undersigned counsel comes, Complainant, who with respect, offer the following memorandum in support of her Motion to Continue Trial for the following reasons:

**I.**

The above captioned matter is presently scheduled for trial on July 9, 2001, the Honorable United States Magistrate Karen Roby presiding.

**II.**

The undersigned counsel has just been retained in these proceedings.

**III.**

Complainant, being incarcerated, has been unable to adequately comply with the Scheduling Order of this Honorable Court. She has attempted, in her best effort, to do so.

4

## IV.

Counsel has forwarded available dates for deposition to opposing counsel to move this matter forward.

WHEREFORE, Complainants, pray that this Honorable Court grant a continuance of the trial date presently scheduled for July 9, 2001 and a new Scheduling Order be issued.

**RESPECTFULLY SUBMITTED,**

**KEITH COUTURE, #22759**
**Counsel for Complainant**
**9061 W. Judge Perez Drive, Suite 2-A**
**Post Office Box 2291**
**Chalmette, LA  70044-2291**
**(504) 279-8555/(504) 281-0074 Fax**

**FRANK LARRE, TA, #8049**
**Counsel for Complainant**
**3017 20th Street, Suite A**
**Metairie, LA  70002**
**(504) 831-0106**