

MINUTE ENTRY
ROBY, M.J.
June 18, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0045** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **SECTION: "S" (4)** |

Before the Court are four motions filed by the defendant, Copeland's of New Orleans, Inc., namely:

1) **Defendant's Motion for Sanctions (doc. #38)**;

2) **Defendant's Motion for Summary Judgment (doc. #48)**;

3) **Defendant's Motion to Compel Plaintiff's Deposition (doc. #52)**; and

4) **Defendant's Request for Oral Argument on its Motion to Compel Plaintiff's Deposition (doc. #53)**.

For the reasons assigned during the June 14, 2001 Scheduling Conference,

**IT IS ORDERED** that the defendant's **Motion for Sanctions (doc. # 38)** is **DENIED**.

**IT IS FURTHER ORDERED** that the defendant's **Motion to Compel Plaintiff's Deposition (doc. #52)** and **Request for Oral Argument (doc. #53)** are **GRANTED AS UNOPPOSED**. The plaintiff's deposition is tentatively scheduled for **July 10, 2001**. Counsel

DATE OF ENTRY
JUN 1 9 2001



for the defendants shall serve formal notice of the deposition after confirming the date with all counsel of record.

**IT IS FURTHER ORDERED** that the defendant's **Motion for Summary Judgment (doc. # 47)** is **RE-SET FOR HEARING** on **August 22, 2001**. In accordance with Local Rule 78.1E, the motion will be heard on the briefs absent timely request for oral argument.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE