FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 15 PM 3: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 00-CV-045** |
| **COPELAND'S OF NEW ORLEANS INC.** | **DIVISION "S" (4)** |

### MOTION and INCORPORATED MEMORANDUM FOR LEAVE OF COURT
### TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, comes Complainant, Shelita Martin, through undersigned counsel, who respectfully requests this Honorable Court grant counsel leave of Court to file the Opposition and Memorandum to Defendant's Motion for Summary Judgment which was due on August 14, 2001, which was not filed on time due to a conflict in counsel schedule.

Counsel for Complainant contacted counsel for defendant to determine if he had any opposition to the opposition being filed one day after the due date, however, counsel has not yet received a reply to this request.

WHEREFORE, Complainant prays this Honorable Court grant them to leave to file the

DATE OF ENTRY
AUG 2 0 2001

Fee ___
Process ___
X /Dktd ___
✓ CtRmDep ___
Doc.No. ___

Opposition to Defendant's Motion for Summary Judgment this date, one day after the original.

due date, which was August 14, 2001.

RESPECTFULLY SUBMITTED,

*[signature]*

KEITH COUTURE, #22759
9061 W. Judge Perez Dr., 2-A
P. O. Box 2291
Chalmette, LA 70044-2291
(504) 279-8555
(504) 281-0074 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleadings has been served upon all counsel of record, via __X__ U.S. Mail, __X__ Fax, _____ Hand-Delivery this 15th day of August 2001.

*[signature]*

KEITH COUTURE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 00-CV-045** |
| **COPELAND'S OF NEW ORLEANS INC.** | **DIVISION "S" (4)** |

## ORDER

Considering the foregoing motion;

**IT IS ORDERED** that Counsel for Complainant be granted leave of this Court to file the Opposition to Defendant's Motion for Summary Judgment. into the record of the above entitled and numbered proceedings.

New Orleans, Louisiana this 17th day of August 2001.

_____
JUDGE