

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CASE NUMBER: 00-CV-045** |
| **VERSUS** | **DIVISION "S"** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **MAGISTRATE "4"** |

### MOTION TO VACATE PRIOR ORDER REGARDING APPEARANCE OF COMPLAINANT

**NOW INTO COURT**, Shelita Martin through undersigned counsel who Respectfully requests that the Court reconsider and vacate its prior order regarding the appearance of complainant at the trial of this matter.

**I.**

On 22nd day of March, 2001, the Court ordered that Shelita Martin be produced via telephone or video-conferencing for testimony for her pre-trial and trial.

**II.**

Complainant, now represented by counsel, respectfully requests that the Court reconsider and vacate this order allowing Ms. Martin to appear in person to give testimony in the above numbered and entitled matter.

DATE OF ENTRY
AUG 3 1 2001



### III.

With counsel and complainant present in New Orleans, questioning of complainant, during the trial and subsequent witnesses will proceed more efficiently. With the complainant separated from her counsel and only connected by via telephone lines would necessarily cause inconvenience and possible prejudice to complainant.

### IV.

Undersigned counsel will file the necessary motions to writ the complainant here due to the fact that she's presently incarcerated within the control of the Department of Corrections of the State of Louisiana.

### V.

Undersigned counsel has contacted opposing counsel and he has no objection to the foregoing motion.

RESPECTFULLY SUBMITTED,

_____
KEITH COUTURE, #22759
9061 W. Judge Perez Dr., Ste 2A
P.O. Box 2291
Chalmette, LA 70044-2291
(504)279-8555/281-0074 Fax


FRANK LARRE, #8049
Larre & Associates
3017 20th Street, Ste 2A
Metairie, LA 70002
(504)831-0106/838/0280 Fax

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleadings as been served upon all counsel of record, via __✓__ U.S. mail, _____ Fax, _____ Hand-Delivery, this _28_ day of ___August___, 2001.

_____
KEITH COUTURE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELITA B. MARTIN | CASE NUMBER: 00-CV-045 |
| VERSUS | DIVISION "S" |
| COPELAND'S OF NEW ORLEANS, INC. | MAGISTRATE "4" |

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED,** that the Court's ordered issued herein on the 22nd day of March, 2001, is hereby vacated as to that part denying Complainant's request to be present at trial.

New Orleans, Louisiana this 30th day of August, 2001.

_____
JUDGE