**MINUTE ENTRY**
**AFRICK, M.J.**
**January 3, 2002**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SHELITA B. MARTIN**                                  CIVIL ACTION NO. 00-0045

versus                                                 SECTION: "S" (4)

**COPELAND'S OF NEW ORLEANS, INC.**

   A settlement conference is scheduled in the above-captioned case on January 16, 2002 at 2:00 P.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

   **On or before January 9, 2002**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.

                                           _____
                                           LANCE M. AFRICK
                                           UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY ALL COUNSEL

DATE OF ENTRY
JAN 0 8 2002

