```
                                        FILED
                                 U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LA

                                   2002 JAN 16  AM 11:50

                                    LORETTA G. WHYTE
                                         CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**January 16, 2002**

                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

**SHELITA B. MARTIN**                                    CIVIL ACTION NO. 00-0045

versus                                                   SECTION: "S" (4)

**COPELAND'S OF NEW ORLEANS, INC.**


     **IT IS HEREBY ORDERED** that the settlement conference scheduled in the above-captioned case on January 16, 2002, is hereby **CANCELLED.**  Counsel may recontact this Court to set a future settlement conference at a later date.

                                                      _____
                                                      LANCE M. AFRICK
                                                      UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**


| DATE OF ENTRY |
|---|
| JAN 16 2002 |