

**MINUTE ENTRY**
**ROBY, M. J.**
**JANUARY 30, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0045** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **SECTION: "S" (4)** |

Due to the pending objection **(doc. #71)** before the District Judge, **IT IS ORDERED** that the **Pretrial Conference (doc# 61)** presently set before Magistrate Judge Roby on **February 1, 2002, at 1:30 p.m.** is reset to **March 4, 2002, at 1:30 p.m.** The **Trial** presently set for **March 4, 2002, at 9:30 a.m.**, is reset to **March 25, 2002, at 9:30 a.m.** The parties have been notified.

All **pretrial motions**, including motions **in limine** regarding the admissibility of expert testimony, shall be filed **no later than March 12, 2002**. Counsel shall submit the original and one copy of the pretrial order to the undersigned **no later February 28, 2002.** All other deadlines shall follow the new pretrial and trial dates as state in the original Scheduling Order.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**Judge Mary Ann Vial Lemmon**

| DATE OF ENTRY |
|---|
| FEB 0 1 2002 |