

**MINUTE ENTRY**
**ROBY, M. J.**
**January 31, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0045** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **SECTION: "S" (4)** |

A **STATUS CONFERENCE BY TELEPHONE** in the above-captioned matter was held on **January 31, 2002**, at **9:45 a.m.** before Magistrate Judge Roby. Participating were: Keith Michael Couture, representing the plaintiffs and Len R. Brignac, representing the defendants. The purpose of the conference was to discuss status of case and consent to proceed before a Magistrate Judge. The proceeding was recorded and the tape will remain in the custody of the Court Reporter Supervisor.

**The parties have verbally consented to proceed before a United States Magistrate Judge pursuant to 42 U.S.C. 2000e-5 (f) (5) and Rule 53, F.R.C.P.**

**Accordingly**, a consent form will be mailed to the parties.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY

FEB 0 1 2002

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
Doc.No. _____