```
              FILED
        U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

         2002 FEB -7  PM 3: 33

          LORETTA G. WHYTE
                CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CIVIL ACTION** |
| -vs- | NO:  00-0045 |
| **COPELAND'S OF NEW ORLEANS** | SECTION: "S" (4) |

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of **42 U.S.C. 2000e-5 (f) (5) and Rule 53, F.R.C.P.**, all parties to the above captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

_____2/6/02_____    _____    _____
DATE                  Keith Michael Couture         Len R. Brignac
                      PLAINTIFF'S signature        DEFENDANT'S signature