

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 15 PM 3: 15

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

### SUPPLEMENTAL AND AMENDED WITNESS AND EXHIBIT LIST

Defendant, Copeland's of New Orleans, Inc., supplements and amends its previously filed Witness and Exhibit List as follows:

18.    Peter Michael.

19.    Ron Green

20.    A representative of EEOC.

_____
LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
Telephone: 504-582-3800

Attorney for Defendant, Copeland's of New Orleans, Inc.

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No. 77

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this/4 day of February, 2002.

S:\0201\016\PLDGS\SUPP AMEND WITNESSLST.DOC