

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 28  PM 3: 15

LORETTA G. WHYTE
       CLERK

# IN THE DISTRICT COURT OF THE UNITED STATES

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **NUMBER: 00-CV-045** |
| **VERSUS** | **DIVISION "S"** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **MAGISTRATE "4"** |

### COMPLAINANT'S MAY CALL WITNESS AND EXHIBIT LIST

Now into Court comes, SHELITA B. MARTIN, through undersigned counsel, who respectfully make the following initial disclosures of may call witnesses and potential exhibits:

### Witness List:

1. Shelita Martin - Fact.

2. Theresa Hayes - Fact

3. Mark Simpson - Fact

4. Grant Hudson - Fact

5. Ronald Green - Fact

6. Peter Michael - Fact.

7. M.R. - initials of the trainer of Shelita Martin - whose full name is unknown to Complainant at present.

8. A supervisory representative from Copeland's in the training of expeditors.

9.  A supervisory representative from Copeland's from personnel

10. A supervisory representative from Copeland's from payroll.

11. Patricia Bivins - District Director - EEOC

12.. Kaiser Siddiqui

13. Any medical providers of Shelita Martin

14. Any witness listed by any other party.

15. Any and all witnesses that may become available through discovery, which will be identified as they become available.

16. Complainant reserves her right to supplement and amend this Witness list as discovery is ongoing.

**Exhibit List:**

1.  Any and all statements taken in connection with the investigation of the incidents alleged in the original complaint.

2.  Medical Records of any medical provider of Shelita Martin.

3.  Medical records of the Orleans Parish Prison for Shelita Martin.

6.  Deposition of Shelita Martin.

7.  Deposition of Theresa Hayes.

8.  EEOC records regarding Shelita Martin.

9.  EEOC records regarding Copeland's.

10. Personnel records from Copeland's regarding Shelita Martin.

11. Training manuals from Copeland's relating to Expeditors

12. Personnel manuals for Copeland's employees.

13. Any exhibit listed by any other party.

14. Any and all other exhibits that become available through discovery, which will be identified, as they become available.

15. Complainant reserves her right to supplement and amend this Exhibit list as discovery is ongoing.

**RESPECTFULLY SUBMITTED,**

/s/ Keith Couture

**KEITH COUTURE, #22759**
**Counsel for Complainant**
**9061 W. Judge Perez Drive, Suite 2-A**
**Post Office Box 2291**
**Chalmette, LA 70044-2291**

**FRANK LARRE, TA, #8049**
**Counsel for Complainant**
**3017 20th St., Suite A**
**Metairie, LA 70002**
**(504) 831-0106**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleadings has been served upon all counsel of record, via ___✓___ U.S. Mail, _____ Fax, _____ Hand-Delivery, this _27_ day of February 2002.

/s/ Keith Couture

**KEITH COUTURE**

3