**MINUTE ENTRY**
**ROBY, M.J.**
**March 5, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO:     00-0045** |
| **COPELAND'S OF NEW ORLEANS** | **SECTION: "S" (4)** |

A pre-trial conference was held on March 4, 2002. Participating in the conference were Keith Couture, representing the plaintiff Shelita B. Martin, and Len Brignac, representing the defendant, Copeland's of New Orleans. During the conference, the parties indicated that all exhibits listed in the pre-trial order are stipulated to as to authenticity, with the exception of any and all statements taken by the Equal Employment Opportunity Commission in connection with the investigation of the incidents alleged in the original complaint.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAR 0 7 2002