```
                                    FILED
                               U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                               2002 MAR -8  PM 4: 23

                                LORETTA G. WHYTE
                                     CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**March 7, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**SHEILTA B. MARTIN**                          CIVIL ACTION NO. 00-45

versus                                         SECTION: "S" (4)

**COPELAND'S OF NEW ORLEANS**

A settlement conference is scheduled in the above-captioned case on March 14, 2002 at 10:00 A.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before March 11, 2002**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. **The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.**

                                                   _____
                                                   LANCE M. AFRICK
                                                   UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
MAR 1 1 2002

Doc. No. 80