

**MINUTE ENTRY**
**AFRICK, M.J.**
**March 14, 2002**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CIVIL ACTION NO. 00-45** |
| versus | **SECTION: "S" (4)** |
| **COPELAND'S OF NEW ORLEANS** | |

A settlement conference was held on this date with all counsel participating. The parties were unable to resolve their differences. The U.S. Magistrate Judge's chambers was notified.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
MAR 1 5 2002