

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR 14  P 4: 02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

### DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S CLAIMS OF PUNITIVE DAMAGES AND ATTORNEY'S FEES

Defendant, moves this court to strike all of plaintiff's claims for attorney's fees and punitive damages for failure to specifically allege or claim these damages in plaintiff's pleadings as required by Rule 8 and Rule 9 of the Federal Rules of Civil Procedure.

Plaintiff's pleadings do not include any claim for punitive damages or attorney's fees, and plaintiff's claim to recover such damages was first raised at the pre-trial conference.



Plaintiff's claims for attorney's fees and punitive damages should be stricken as failure to be specially pled as required by Rule 8 and Rule 9 of the Federal Rules of Civil Procedure and for the reasons more fully set out in the memorandum in support of this motion.

Respectfully submitted,

_____
LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
Telephone: 504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 13th day of March, 2002.



S:\0201\016\PLDGS\MT STRIKE SPECIAL DAMAGES.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| SHELITA B. MARTIN | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

**MEMORANDUM IN SUPPORT OF
DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S
CLAIMS OF PUNITIVE DAMAGES AND ATTORNEY'S FEES**

Defendant, Copeland's of New Orleans, Inc., files this memorandum in support of its motion to strike plaintiff's claims for recovery of punitive damages and attorney's fees. Plaintiff's original complaint did not include any reference to punitive damages or attorney's fees, and plaintiff's complaint was never amended to plead such special damages.

Rule 8 and Rule 9 of the Federal Rules of Civil Procedure require that plaintiff set forth "the demand for relief the pleader seeks." The function of a complaint under the Federal Rules is to give the defendant fair notice of plaintiff's claims and the grounds upon which plaintiff relies. *Conley v. Gibson*, 355 U.S. 41, 47, 78 S.Ct. 99, 103 (1957).

In this case, plaintiff's pleadings did not allege, claim or reference attorney's fees or punitive damages. The scheduling order's deadline for amending pleadings is long past, and the newly raised claim for such damages is prejudicial and unfair to the defendant and should be stricken.

Respectfully submitted,

_____
LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
Telephone: 504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 13th day of March, 2002.



S:\0201\016\PLDGS\MT STRIKE.MEM SUPP.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

**NOTICE OF HEARING**

TO:   Keith Couture, Esq.
      9061 W. Judge Perez Dr., Suite 2-A
      P. O. Box 2291
      Chalmette, LA 70044-2291
      Attorney for Shelita Martin

PLEASE TAKE NOTICE that counsel for defendant, Copeland's of New Orleans, Inc., will bring on for hearing the attached Motion To Strike Plaintiff's Claims Of Punitive Damages And Attorney's Fees before the Honorable Magistrate Karen Wells Roby, United States Courthouse, 500 Camp Street, New Orleans,

Louisiana, on the 25th day of March, 2002 at 9:30 a.m., or as soon thereafter as counsel may be heard.

           Respectfully submitted,

           _____
           LEN R. BRIGNAC, T.A. (18139)
           KING, LEBLANC & BLAND, LLP
           201 St. Charles, Suite 3800
           New Orleans, LA 70170
           504-582-3800

           Attorney for Defendant,
           Copeland's of New Orleans, Inc.

S:\0201\016\PLDGS\MT STRIKE.NT HRNG.DOC

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 13th day of March, 2002.

