

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

**MOTION FOR EXPEDITED HEARING**

Defendant, Copeland's of New Orleans, Inc. ("Copeland's"), moves this Court for an expedited hearing on it's Motion to Strike Plaintiff's Claims of Punitive Damages and Attorney's Fees. Defendant shows that plaintiff first raised its claims for punitive damages and attorney's fees with the filing of the Pre-Trial Order. At the Pre-Trial Conference, plaintiff's counsel advised that it would consider dropping its claims, and on Monday, March 11, 2002, plaintiff's counsel advised Copeland's counsel that it would not voluntarily withdraw those claims necessitating this motion.

DATE OF ENTRY
MAR 1 5 2002



The trial of this matter is set for March 25, 2002, and Copeland's seeks a hearing on the morning before trial to address this motion. Plaintiff's counsel has no opposition to setting a hearing on this motion on March 25, 2002.

LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
Telephone: 504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record either by facsimile, hand delivery or by depositing same in the United States mail, postage prepaid and properly addressed, this 3rd day of March, 2002.

S:\0201\016\PLDGS\MT EXPEDITED HRNG.MT STRKE.DOC

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

## ORDER

The foregoing Motion considered:

IT IS ORDERED that defendant's Motion to Strike Plaintiff's Claims of Punitive Damages and Attorney's Fees is set for hearing on an expedited basis on Monday, the 25th day of March, 2002, at 9:30 a.m.

RENDERED AND SIGNED this _14th_ day of March, 2002, at New Orleans, Louisiana.


UNITED STATES MAGISTRATE