FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR 18 PM 2: 34

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CASE NUMBER: 00-CV-0045** |
| **VERSUS** | **DIVISION "S"** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **MAGISTRATE "4"** |

### PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AND TESTIFICANDUM

TO THE HONORABLE JUDGE ROBY, THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT, STATE OF LOUISIANA

The petition of Complainant, Shelita Martin, through undersigned counsel with respect represents:

**I.**

Shelita Martin, #347657, is presently incarcerated at a half-way house, located at 800 Avenue J (2nd Floor) Lake Charles, Louisiana 70615.

**II.**

Petitioner desires that a Writ of Habeas Corpus Ad Testificandum be directed to the Warden/Director of this facility in Lake Charles, Louisiana Providing for the removal of the said, Shelita Martin, #347657, to the Orleans Parish Prison in New Orleans, Louisiana.

DATE OF ENTRY
MAR 1 9 2002

1

**III.**

Petitioner is a party/plaintiff in the above numbered and entitled proceedings which is set for trial on the March 25, 2002 at 9:30 a.m. and thereafter.

**IV.**

Petitioner requests that she be produced at Court for trial beginning on March 25, 2002 2001 and until the completion of trial.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Testificandum issue herein, so that Shelita Martin, #347657 may be removed to the United States District Court in and for Eastern District Court of the State of Louisiana, for the aforesaid purpose.

**RESPECTFULLY SUBMITTED,**

| | |
|---|---|
| KEITH COUTURE, #22759 | FRANK LARRE, TA, #8049 |
| **Counsel for Complainant** | **Counsel for Complainant** |
| 9061 W. Judge Perez Drive, Suite 2-A | 3017 20th St., Suite A |
| Post Office Box 2291 | Metairie, LA 70002 |
| Chalmette, LA 70044-2291 | (504) 831-0106 |

**ORDER**

Considering the foregoing petition,

**IT IS ORDERED** that a Writ of Habeas Corpus Ad Testifcandum issue herein, ordering and directing the Warden/Director of the halfway house located at 800 Avenue J (2nd Floor) in Lake Charles, Louisiana, to transfer Shelita Martin, #347657 to the Orleans Parish Prison from the 25th day of March 2002 until trial is completed in the above-entitled proceedings.

**IT IS FURTHER ORDERED** that the Warden of the Orleans Parish Prison produce the body of Shelita Martin, #347657, ~~before this Court for the pending~~ on Monday March 24, 2002 to appear in court for trial on March 25th & 26th, 2002, ~~proceedings referred to in the foregoing petition~~; the said party/plaintiff to be returned to the aforesaid penitentiary ~~as soon as practicable after the conclusion of the proceedings~~ that be returned no later than March 27th, 2002

New Orleans, Louisiana, this 19th day of March 2002.

_____
JUDGE

3

IN THE DISTRICT COURT OF THE UNITED STATES

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CASE NUMBER: 00-CV-0045** |
| **VERSUS** | **DIVISION "S"** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **MAGISTRATE "4"** |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**TO:   THE HONORABLE WARDEN/DIRECTOR OF THE HALFWAY HOUSE
800 AVENUE J (2ND FLOOR) LAKE CHARLES, LA 70615**

**GREETINGS:**

**YOU ARE HEREBY COMMANDED** in the name of the United States District Court for the Eastern District of the State of Louisiana, to transfer SHELITA MARTIN, #347657, to the Orleans Parish Prison in New Orleans, Louisiana from the 25th day of March 2002, until the completion of trial in the above-referenced proceedings and to be returned to the aforesaid halfway house as soon as practicable after the conclusion of the proceedings.

**WITNESS** the Honorable Karen W. Roby, United States Magistrate Judge of said Court this _____ day of March 2002.

**SIGNED:**

_____
**DEPUTY CLERK**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleadings has been served upon all counsel of record, via ___✓___ U.S. Mail, _____ Fax, _____ Hand-Delivery, this _14_ day of March 2002.

_____
KEITH COUTURE

IN THE DISTRICT COURT OF THE UNITED STATES

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CASE NUMBER: 00-CV-0045** |
| **VERSUS** | **DIVISION "S"** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **MAGISTRATE "4"** |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   THE HONORABLE WARDEN OF
      THE ORLEANS PARISH PRISON

GREETINGS:

**YOU ARE HEREBY COMMANDED** in the name of the United States District Court for the Eastern District of the State of Louisiana, to produce the body of SHELITA MARTIN, #347657, before this Honorable Court, to testify as a party/plaintiff in the above numbered and entitled cause on the **25TH** day of **MARCH 2002 AT 9:30 A.M.** and to be returned to the aforesaid penitentiary as soon as practicable after the conclusion of the proceedings.

**WITNESS** the Honorable Karen W. Roby, United States Magistrate Judge of said Court this _____ day of March 2002.

**SIGNED:**

_____
**DEPUTY CLERK**
