FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR 22  PM 2:51

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

### SUPPLEMENTAL FINAL TRIAL WITNESS LIST

Defendant, Copeland's of New Orleans, Inc., submits this Supplemental Final Trial Witness List, supplementing and amending its witness list filed on or about March 18, 2002.

1. Theresa Hayes
   4217 Arkansas Avenue
   Kenner, LA 70065

2. Ronald Green (presently employed by Jefferson Parish Sheriff's Department)
   3705 Max Drive
   Harvey, LA 70058

-2-

Copeland's of New Orleans <u>may</u> call the following witnesses as needed dependent upon plaintiff's testimony.

3.  Grant Hudson (Manager Copeland's of New Orleans, Inc. in Pensacola)
    400 East Chase Street
    Pensacola, Florida 32501

4.  Dr. Barbara Hamm
    5241 Citrus Blvd.
    Jefferson, LA 70123

Respectfully submitted,

_____
LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
504-582-3800

Attorney for Defendant,
Copeland's of New Orleans, Inc.

S:\0201\016\PLDGS\WITNESS LIST.SUPP FINAL.DOC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record either by hand delivery, via telecopy or by depositing same in the United States mail, postage prepaid and properly addressed, this 22 day of March, 2002.

_____