UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHELITA B. MARTIN                                              CIVIL ACTION

VERSUS                                                         NO: 00-0045

COPELAND'S OF NEW ORLEANS, INC.                                SECT: "S"

MONDAY, MARCH 25, 2002, 9:30AM
MAGISTRATE JUDGE KAREN WELLS ROBY, PRESIDING

COURTROOM DEPUTY:                           COURT RECORDER:
CECIL J. MURPHY JR.                         CINDY USNER

LAW CLERK: DAMANY RANSOM

COUNSEL FOR PLTF: FRANK JOSEPH LARRE, ESQ. KEITH M. COUTURE, ESQ.
COUNSEL FOR DEFT: LEN R. BRIGNAC, ESQ. BRIAN WAGNER, CORPORATE ATTY

NON-JURY TRIAL

---

Notice for removal of exhibits to all counsel present.
All present and ready, ( 10:15AM ).
Case called.
Motion in limine. Argument Deft, Atty Brignac. Argument Pltf, Atty Couture. Motion was granted in part and denied in part. The punitive damage claims was stricken and the attorney's fees claim was allowed. Argument Deft, Atty Brignac.
Court in recess, (10:25AM).
Court in session, (11:10AM).
Settlement reached. Settlement entered on the record, orally. Let the settlement terms be entered as the judgment in this matter. (Terms of settlement, Pltf agreed to accept $1,850.00). The Court will waive the Atty fees and court costs for the Pltf.
Atty's have sixty days to finalize and submit appropriate documents.
Court stands adjourned, (11:15AM).

DATE OF ENTRY
MAR 2 5 2002