

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR 26 AM 11:23

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**March 25, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA B. MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0045** |
| **COPELAND'S OF NEW ORLEANS, INC.** | **SECTION: "S" (4)** |

On March 14, 2002, the defendant, Copeland's of New Orleans, Inc., filed a **Motion to Strike Plaintiff's Claims of Punitive Damages and Attorney's Fees (doc. # 82)** requesting that this Court strike all of Martin's claims for attorney's fees and punitive damages since they were not raised in the pleadings and were first raised at the pre-trial conference. An expedited hearing on the defendants' motion was held with oral argument on March 25, 2002. All parties were present.

For the reasons assigned at the hearing,

**IT IS ORDERED** that the **Motion to Strike Plaintiff's Claims of Punitive Damages and Attorney's Fees (doc. # 82)** is **GRANTED IN PART and DENIED IN PART** as follows:

1) The defendants' request to strike the plaintiff's claim for punitive damages is **GRANTED**.

2) The defendants' request to strike the plaintiff's claim for attorney's fees is **DENIED**. The plaintiff is granted an opportunity to amend and assert a claim for attorney's fees.

DATE OF ENTRY
MAR 2 6 2002



**IT IS FURTHER ORDERED** that the defendants are granted an opportunity to assert a claim for attorney's fees.

To obtain a transcript of the proceedings for the Court's findings, the parties should contact Gaynell Banta, Court Supervisor, at 589-7720.

                                               _____
                                                         KAREN WELLS ROBY
                                        UNITED STATES MAGISTRATE JUDGE