FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN 20 PM 3: 59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

**JOINT MOTION TO DISMISS**

Plaintiff, Shelita Martin, and defendant, Copeland's of New Orleans, Inc., jointly move this Court for an order dismissing all of plaintiff's claims against defendant in this matter. The parties show that plaintiff's claims have been settled and amicably resolved and the parties seek an order dismissing this matter in its entirety, each party to bear their own costs.

_____
KEITH COUTURE (#22759)
9061 W. Judge Perez Dr.
Suite 2-A
Chalmette, LA 70044-2291
Telephone: (504) 279-8555

DATE OF ENTRY
JUL 1 5 2002

1

Fee $150 00
Process
X Dktd
CtRmDep
Doc. No.

_____
LEN R. BRIGNAC, T.A. (18139)
KING, LEBLANC & BLAND, LLP
201 St. Charles, Suite 3800
New Orleans, LA 70170
Telephone: (504) 582-3800

S:\0201\016\PLDGS\JTMOTDISMISS.DOC

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELITA B. MARTIN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0045 "S"(4) |
| COPELAND'S OF NEW ORLEANS, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE ROBY |

### ORDER

Considering the joint motion to dismiss all of plaintiff's claims against defendant;

IT IS ORDERED that all of plaintiff's claims in the above-entitled numbered action are DISMISSED with prejudice. The defendant is to bear its own costs and the costs for the plaintiff are waived.

New Orleans, Louisiana this 12th day of July, 2002.

_____
JUDGE

S:\0201\016\PLDGS\JTMOTDISMISS.ORDER.DOC